# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| THOMAS CHRISTOPHER RICH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:10-cv-00117 |
| ) | Judge Nixon |
| MICHAEL J. ASTRUE, ) | Magistrate Judge Griffin |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff Thomas Christopher Rich's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 13), filed with a supporting Memorandum (Doc. No. 14). Defendant Commissioner of Social Security filed a Response in Opposition to the Motion (Doc. No. 15), to which Plaintiff filed a Reply (Doc. No. 17). Defendant then filed a Sur-Reply. (Doc. No. 20.) Subsequently, Magistrate Judge Griffin issued a Report and Recommendation ("Report") recommending that Plaintiff's Motion be denied and this action be dismissed. (Doc. No. 21.) The Report was filed on January 23, 2012, and neither party has raised any objections to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court **DENIES** Plaintiff's Motion. This Order terminates this Court's jurisdiction over this action, and the case is **DISMISSED**.

It is so ORDERED.

Entered this ___13th___ day of February, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT